THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APRYL IVY, on behalf of herself, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:16-cv-7606 |
| ) | |
| v. ) | Judge Ronald A. Guzman |
| ) | |
| ADVENTIST MIDWEST HEALTH, an Illinois Non-profit Corporation, d/b/a ADVENTIST HEALTH CARE AT HOME, ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT
IN THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff, by and through her counsel, hereby respectfully moves this Honorable Court, pursuant to Local Rule 7.1., to allow the Parties to exceed this Court's limit of fifteen (15) double-spaced pages for the Parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement (the "Preliminary Approval Motion"). Granting of this motion will enable the Parties to sufficiently articulate their arguments in favor of their Preliminary Approval Motion. In support of this motion, Plaintiff states as follows:

1. Plaintiff will file the Preliminary Approval Motion on June 19, 2018, contemporaneously with the instant motion.

2. Local Rule 7.1 provides that briefs in support of any motion shall not exceed fifteen (15) pages without court approval. *See* N.D. Ill. L.R. 7.1.

3. The Parties' Preliminary Approval Motion will discuss the terms of the settlement between the parties, class action settlement procedure pursuant to Fed. R. Civ. P. 23(e), the legal

standards associated with provisional Rule 23 class certification and preliminary approval of class action settlements and FLSA collective actions, the class notice plan and the award distribution process, and the standards governing preliminary approval of Class Counsel's reasonable fees and costs.

4. The Parties have diligently attempted to keep their Preliminary Approval Motion within fifteen (15) pages, but in light of the volume of evidence and legal arguments required to thoroughly present the motion, they could not reasonably comply with Local Rule 7.1. Thus, Plaintiff respectfully requests that she be permitted to exceed the page limit to enable the Parties to submit a thirty-one (31) page Preliminary Approval Motion.

Wherefore, Plaintiff respectfully requests this Court to grant this motion.

Dated: June 19, 2018                    Respectfully submitted,

                                                                                      /s/ Teresa M. Becvar
Teresa M. Becvar
James B. Zouras
Ryan F. Stephan
Stephan Zouras, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
312.233.1550
tbecvar@stephanzouras.com
jzouras@stephanzouras.com
rstephan@stephanzouras.com

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

      I, the attorney, hereby certify that on June 19, 2018, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

                                           */s/ Teresa M. Becvar*