THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APRYL IVY, on behalf of herself, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:16-cv-7606 |
| v. ) ) | Judge Ronald A. Guzman |
| ADVENTIST MIDWEST HEALTH, an Illinois Non-profit Corporation, d/b/a ADVENTIST HEALTH CARE AT HOME, ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. ) | |

ORDER GRANTING APPROVAL OF ATTORNEYS'
FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE PAYMENTS
TO THE CLASS REPRESENTATIVE AND FLSA OPT-IN PLAINTIFF

On October 25 and November 14, 2018, the Court heard Plaintiffs' Unopposed Petition for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Payments to the Class Representative and Opt-In Plaintiff (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiffs, as well as Plaintiffs' presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $96,000.00 in attorneys' fees.

2. Class Counsel are awarded reasonable litigation expenses in the amount of $15,000.00 and settlement administration costs in the amount of $6,682.00.

3. The Court finds that Class Representative Apryl Ivy and Opt-In Plaintiff Ryan Smith, in prosecuting the case on behalf of the Class, made a substantial contribution to its

outcome, and are therefore deserving of service payments in recognition of their efforts. Service Payments in the amount of $6,500.00 for the Class Representative and $2,000.00 for the Opt-In Plaintiff are therefore awarded, in addition to any pro rata share of the settlement fund to which they are entitled.

4. The foregoing awards shall be paid from the Maximum Settlement Amount of $288,000.00.

IT IS SO ORDERED.

Dated: 11/14/2018

The Honorable Jeffrey T. Gilbert
United States Magistrate Judge